**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA**

**CHARLESTON DIVISION**

1STARR DALTON,

                Plaintiff,

v.                                                  CIVIL ACTION NO.  2:08-cv-01151

W. VA. DIVISION OF CORRECTIONS, et al.,

                Defendants.

**ORDER**

Pending before the court is the plaintiff's Motion for Preliminary Injunction [Docket 6], the defendants' Motion to Dismiss [Docket 20], and the plaintiff's Motion to Amend Complaint [Docket 24].  Pursuant to 28 U.S.C. § 636(b)(1)(B), this case was referred to the Honorable Mary E. Stanley, United States Magistrate Judge, for proposed findings of fact and recommendations for disposition. On May 18, 2009, the Magistrate Judge submitted the proposed findings of fact and recommendation ("PF&R") [Docket 23].  The Magistrate Judge recommended that the court deny the plaintiff's Motion for Preliminary Injunction and grant the defendants' Motion to Dismiss.  The plaintiff's Motion to Amend Complaint was filed on June 4, 2009, after the Magistrate Judge had submitted the PF&R.

On June 4, 2009, the plaintiff filed timely objections to the PF&R [Docket 25].  The court has reviewed *de novo* those portions of the Magistrate Judge's PF&R to which the plaintiff objects and **FINDS** that the objections lack merit.  Accordingly, the court **ADOPTS** the Magistrate Judge's PF&R.  Therefore, the court accepts and incorporates herein the findings and recommendation of

the Magistrate Judge and orders judgment consistent with the findings and recommendations.

Having reviewed the plaintiff's Motion to Amend Complaint, the court finds that justice does not

require leave to file the same and hereby **DENIES** the Motion to Amend.  The court further

**DENIES** plaintiff's Motion for Preliminary Injunction and **GRANTS** the defendants' Motion to

Dismiss.  The court **DIRECTS** the Clerk to send a copy of this Order to counsel of record and any

unrepresented party.

ENTER: August 25, 2009

Joseph R. Goodwin, Chief Judge